UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ROYCE GREGORY LOUDNER, | Case No. 14-CV-4926 (PAM/SER) |
| Petitioner, | |
| v. | ORDER |
| DENESE WILSON, Warden, | |
| Respondent. | |

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 2) is **ADOPTED**;

2. The petition for a writ of habeas corpus of petitioner Royce Gregory Loudner (Docket No. 1) is **DENIED**; and

3. This case is summarily **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: January 13, 2015

*s/ Paul A. Magnuson*
Paul A. Magnuson
U.S. District Judge